# Exhibit C

Fiscal Year 2020 Appropriations Bill (S-2020/A-5600) as Introduced
Language changes compared to Governor's Budget Message

| Resolution | Department | Description | Language change | Table Code |
|---|---|---|---|---|
| | | | between $40 million and the expenditure reductions achieved from implementation of the plan, subject to the approval of the Director of the Division of Budget and Accounting. | |
| 1 | Education | Language to appropriate money to conduct a study of safety of school bus safety | In addition to the amount hereinabove appropriated for Services Other Than Personal, an amount not to exceed $250,000 is appropriated to conduct a study of the safety of school bus passengers involved in emergency situations pursuant to P.L.2019, c.24, subject to the approval of the Director of the Division of Budget and Accounting. | EDU 30 31 5120 D |
| 1261 | Education | Language to restore funding for School Choice Aid | Notwithstanding the provisions of any law or regulation to the contrary, a district's 2019-2020 allocation of the amounts hereinabove appropriated for School Choice Aid shall be [90 percent of the amount] calculated pursuant to the provisions of P.L.2007, c.260; provided, however, in the event that School Choice enrollment reflected on the October 2018 Application for State School Aid is less than projected School Choice enrollment reflected on the 2018-2019 State Aid notice, such district's 2019-2020 School Choice Aid allocation shall be adjusted to reflect actual prebudget year enrollment as of October 2018, as set forth in the March 2019 State Aid notice issued by the Commissioner of Education. A district's 2019-2020 School Choice enrollment shall not exceed the district's maximum funded choice student enrollment as determined by the Commissioner of Education. | EDU 30 31 S |
| 1296 | Education | Modifies language to reduce additional State Aid to Lakewood Township School District | [Notwithstanding the provisions of P.L.2007, c.260 (C.18A:7F-43 et al.) or any other law to the contrary, the amount hereinabove appropriated for Transportation Aid, in addition to the amount calculated pursuant to section 4 of P.L.2018, c.67 (C.18A:7F-68), shall include an amount calculated as follows: in the case of a school district in which the total number of nonpublic pupils eligible for transportation pursuant to N.J.S.18A:39-1 exceeds 20,000, the school district shall receive $290 for each nonpublic pupil as reported on the October 2018 District Report of Transported Resident Students.]  [Notwithstanding the provisions of P.L.2007, c.260 (C.18A:7F-43 et al.) or any other law to the contrary, for any school district where the October 2017 resident enrollment exceeds 5,000 and the share of approved applications for students eligible for extraordinary aid pursuant to P.L.2007, c. 260 (C. 18A:7F-55) in the 2017-2018 school year exceeds 5 percent of the district's October 2017 resident enrollment, the amount hereinabove appropriated for Special Education Categorical Aid, in addition to the amount calculated pursuant to section 4 of P.L.2018, c.67 (C.18A:7F-68), shall include $10,000 times the school district's | EDU 30 31 S |

Fiscal Year 2020 Appropriations Bill (S-2020/A-5600) as Introduced
Language changes compared to Governor's Budget Message

| Resolution | Department | Description | Language change | Table Code |
|---|---|---|---|---|
|  |  |  | projected 2019-2020 special education enrollment as used to calculate Special Education Categorical Aid pursuant to P.L.2007, c.260 (C.18A:7F-55). This provision shall not impact the calculation of payments made to charter schools pursuant to P.L.1995, c.426 (C.18A:36A-12).] |  |
|  |  |  | [Notwithstanding the provisions of any law or regulation to the contrary, the allocation of the amount hereinabove appropriated for Provisional Stabilization Aid shall be calculated as follows: for any school district that receives additional Transportation Aid and additional Special Education Categorical Aid calculated in accordance with the provisions hereinabove, the school district shall receive Provisional Stabilization Aid in the amount of $15,000,000.] |  |
| 2248 | Education | Modifies language to allocate $5 million from Preschool Education Aid for supplemental wraparound demonstration program | Notwithstanding the provisions of any law or regulation to the contrary, amounts hereinabove appropriated for Preschool Education Aid shall be allocated as follows: 1) in the case of a district that received Early Launch to Learning Initiative aid in the 2007-2008 school year, an amount equal to the district's 2007-2008 allocation of Early Launch to Learning Initiative aid; 2) in the case of a school district that received a 2008-2009 allocation of Preschool Education Aid based on its 2007-2008 Early Childhood Program Aid allocation, an aid amount equal to the district's 2018-2019 per pupil allocation of Preschool Education Aid inflated by the CPI and multiplied by the district's projected preschool enrollment, except in the case of a school district that participated in the federal Preschool Expansion Grant in 2018-2019 and districts that received an allocation of Preschool Education Expansion Aid in 2017-2018 and 2018-2019; 3) in the case of any other district with an allocation of Preschool Education Aid in the 2018-2019 school year calculated using the provisions of section 12 of P.L.2007, c.260 (C.18A:7F-54), or for districts that participated in the federal Preschool Expansion Grant in 2018-2019, an amount calculated in accordance with those provisions based upon 2019-2020 projected FTE enrollments, and multiplied by the per pupil allocations as set forth in the March 2019 State Aid notice issued by the Commissioner of Education. Notwithstanding the provisions of any law or regulation to the contrary, of the amounts hereinabove appropriated for Preschool Education Aid, an amount not to exceed [$25,000,000] $20,000,000 shall be allocated by the commissioner to districts in total additional preschool funding for the purpose of expanding free access to full-day preschool for resident three- and four- year old children in accordance with the preschool quality standards issued by the commissioner and based on a district's | EDU 30 31 S |