# Exhibit E

**New Jersey Department of Education**

# NJDOE BUDGET ONLINE

Date: 06/27/2019  Time: 11:54:58

**2520 LAKEWOOD TWP**

## 2019-20 School District Budget Statement – Tax Levy Certification – Form A

| Accounts (1) | Tax Levy Certified by Board of School Estimate or Municipality/Commissioner or Voted (2) | Balance of levy from 2018-19 to be Raised in 2019 (3) | Amt in Col 2 to be Raised in 2019 Tax Levy (4) | TOTAL 2019 TAX LEVY WITH DEFERRAL (5) | Amt in Col 2 Deferred to 2020 Levy (6) | November Election Separate Question to be raised in 2020 (7) |
|---|---|---|---|---|---|---|
| General Fund | 102,844,033 | 50,413,741 | 52,430,292 | 102,844,033 | 50,413,741 | 0 |
| Debt Service | 1,622,951 | 810,985 | 811,986 | 1,622,951 | 810,965 | 0 |
| Debt Service – PreMerge | 0 | 0 | 0 | 0 | 0 | 0 |
| Debt Service – Repayment of CDL | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTALS | 104,466,984 | 51,224,706 | 53,242,278 | 104,466,984 | 51,224,706 | 0 |
| Tax certification of prior year received 1... | | | | 0 | | |
| OTHER | | | | 0 | | |
| GRAND TOTAL | | | | 104,466,984 | | |

*This line should be used for adjustments which are not part of the budget.

### Certification

It is hereby certified that the above figures are true figures setting forth the total amount required for school purpose in the school district of LAKEWOOD TWP County of OCEAN for the 2019-20 school year and that the sum of 104,466,984 is required to be levied for local school district purposes for the calendar year.

It is hereby certified that the sum of 104,466,984 is required to be levied for local district school taxes for the calendar year 2019.

Board of Education of _____ N.J.    of _____ (Boro, Twp., City, etc.) N.J.

BOARD SECRETARY _____ DATE    MUNICIPAL CLERK _____ DATE