# Exhibit F

**From:** Laura Winters <lwinters@lakewoodpiners.org>
**Sent:** Friday, June 28, 2019 8:49:44 AM
**To:** All Staff
**Subject:** Urgent -Please Read

Good Morning,

Due to the unknown fiscal situation of the Lakewood School District, and as a precautionary measure, please make alternate plans for Monday, July 1, 2019.

The District will notify all parents and staff by 5:30 a.m., Monday, July 1, 2019, or sooner, the status of District programs and operations.

Respectfully,

Laura A. Winters

Superintendent of Schools

732-905-3633

*Work hard in Silence....And Let Success Make the Noise!*

*Never Decrease the Goal, Increase the Effort!*

*"It is easier to build strong children than it is to repair broken men."*

-Frederick Douglass

Success is the result of perfection, hard work, learning from failure, <u>loyalty</u>, and persistence. - Colin Powell