# Exhibit I

| BOARD OF EDUCATION<br>TOWNSHIP OF LAKEWOOD<br>*Petitioners*<br><br>v.<br><br>NJDOE<br><br>*Respondents* | STATE OF NEW JERSEY<br>OFFICE OF ADMINISTRATIVE LAW<br>OAL Dkt. No.: EDU-08386-2019<br>Agency Ref.: 142-6/19<br><br>CERTIFICATION OF<br>LAURA A. WINTERS<br>AND<br>ROBERT S. FINGER |
|---|---|

I, LAURA A. WINTERS, AND I, ROBERT S. FINGER and of full age, hereby certify and state:

1.      I, LAURA A. WINTERS, am currently employed as the Superintendent of Schools for the Lakewood Board of Education ("LBOE"). I am fully familiar with the facts contained herein and submit this certification based on my personal knowledge.

2.      I, ROBERT S. FINGER, am currently employed as the Interim Business Administrator for the Lakewood Board of Education ("LBOE"). I am fully familiar with the facts contained herein and submit this certification based on my personal knowledge.

3.      The attached chart is to the best of our knowledge is true and accurate (EXHIBIT "A").

4.      We both have discussed same at length with the New Jersey Department of Education ("NJDOE") State Monitor (David Shafter) today (Tuesday, July 2, 2019) who agreed with all of the numbers contained with the attached chart.

5.      The Lakewood Public School District requires approximately $16,912,401.00 to provide a Thorough and Efficient ("T&E") education to its students.

6.      We agree that the District is not able to "certify" the Budget at this time.

Lakewood Twp. Bd. of Educ. v. NJ Dept. of Education
OAL Dkt. No.: EDU-08386-19 / Agency Ref.: 142-6/19
CERTIFICATION OF LAURA A. WINTERS & ROBERT S. FINGER
PAGE - 2 -
JULY 2, 2019

7.   We agree that the District cannot expend monies without a certified Budget.

8.   We agree that we will need to participate in further discussions later this evening to make a determination if there will be school tomorrow, etc.

9.   We have attempted to obtain additional information and clarification from the New Jersey Department of Education ("NJDOE") State Monitor (David Shafter), to no avail.

I, LAURA A. WINTERS, Superintendent of Lakewood Township Public School District, certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Laura A. Winters, Superintendent

Dated: July 2, 2019

I, ROBERT S. FINGER, Interim Business Administrator/Board Secretary of Lakewood Township Public School District, certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Robert S. Finger, Interim Business Administrator
and Board Secretary

Dated: July 2, 2019

# EXHIBIT

# "A"

# TO CERTIFICATION

# OF MS. WINTERS & MR. FINGER

# JULY 2, 2019



**Michael Inzelbuch**

| | |
|---|---|
| **From:** | David Shafter <dshafter@lakewoodpiners.org> |
| **Sent:** | Tuesday, July 2, 2019 3:52 PM |
| **To:** | Michael Inzelbuch |
| **Cc:** | Robert Finger; Laura Winters |
| **Subject:** | Re: FW: ADDITIONAL FUNDS NEEDED FROM DOE |



On Tue, Jul 2, 2019 at 3:50 PM Michael Inzelbuch <michael@inzelbuchlaw.com> wrote:

**From:** Michael Inzelbuch
**Sent:** Tuesday, July 2, 2019 3:42 PM
**To:** David Shafter <dshafter@lakewoodpiners.org>
**Cc:** Laura Winters <lwinters@lakewoodpiners.org>; Robert Finger <rfinger@lakewoodpiners.org>; Sandra <sandra@inzelbuchlaw.com>; Moshe Bender <mbender@lakewoodpiners.org>
**Subject:** RE: ADDITIONAL FUNDS NEEDED FROM DOE

So – if I understand what you are saying – u agree that

1. The district for sure needs $ 11,904,068.00

2. There is the real potential for $5,008,333.00 that district could be obligated, up to , to pay if NJDOE loses the appeal ( or SCHI wins the appeal )

**From:** David Shafter <dshafter@lakewoodpiners.org>
**Sent:** Tuesday, July 2, 2019 3:39 PM
**To:** Michael Inzelbuch <michael@inzelbuchlaw.com>
**Cc:** Laura Winters <lwinters@lakewoodpiners.org>; Robert Finger <rfinger@lakewoodpiners.org>; Sandra



1

<sandra@inzelbuchlaw.com>; Moshe Bender <mbender@lakewoodpiners.org>
**Subject:** Re: ADDITIONAL FUNDS NEEDED FROM DOE

I agree with the accuracy of the numbers in said document.  The SCHI rebill/tuition appeal may not resolved during the 2019-2020 school year and even if was, it may still not be the full amount requested.  I would recommend not requesting additional funds for this purpose until the actual amount is known.

On Tue, Jul 2, 2019 at 3:14 PM Michael Inzelbuch <michael@inzelbuchlaw.com> wrote:

Super and NJDOE Monitor –

Do u agree with this ?

As to numbers ?

Yes or no

As to it being included in the 2019-20 school year Budget ?

If not – why ?

If not – when ?

2

**From:** Robert Finger <rfinger@lakewoodpiners.org>
**Sent:** Tuesday, July 2, 2019 3:12 PM
**To:** David Shafter <dshafter@lakewoodpiners.org>; Laura Winters <lwinters@lakewoodpiners.org>; Michael Inzelbuch <michael@inzelbuchlaw.com>; Robert Finger <rfinger@lakewoodpiners.org>
**Subject:** ADDITIONAL FUNDS NEEDED FROM DOE

As per our discussion and review earlier this afternoon, attached is the agreed upon worksheet detailing needed additional funding from the DOE.

Robert S. Finger

Interim Business Administrator/Board Secretary

Lakewood Board of Education

200 Ramsey Avenue

Lakewood, NJ 08701

(732) 364-2400 x7011

rfinger@lakewoodpiners.org

--

David Shafter

*CONFIDENTIALITY NOTICE*: The information contained in this communication from the New Jersey Department of Education is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this email, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the me at (732) 364-2400 ext 7027 to arrange for the return of this information.

--

David Shafter
State Monitor
*CONFIDENTIALITY NOTICE*: The information contained in this communication from the New Jersey Department of Education is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this email, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the me at (732) 364-2400 ext 7027 to arrange for the return of this information.

3

INTENTIONALLY
LEFT BLANK

4

## Michael Inzelbuch

| | |
|---|---|
| **From:** | Robert Finger <rfinger@lakewoodpiners.org> |
| **Sent:** | Tuesday, July 2, 2019 3:51 PM |
| **To:** | Michael Inzelbuch |
| **Cc:** | David Shafter; Laura Winters |
| **Subject:** | Re: FW: ADDITIONAL FUNDS NEEDED FROM DOE |

I agree.

Robert S. Finger
Interim Business Administrator/Board Secretary
Lakewood Board of Education
200 Ramsey Avenue
Lakewood, NJ 08701
(732) 364-2400 x7011
rfinger@lakewoodpiners.org

On Tue, Jul 2, 2019 at 3:50 PM Michael Inzelbuch <michael@inzelbuchlaw.com> wrote:

**From:** Michael Inzelbuch
**Sent:** Tuesday, July 2, 2019 3:42 PM
**To:** David Shafter <dshafter@lakewoodpiners.org>
**Cc:** Laura Winters <lwinters@lakewoodpiners.org>; Robert Finger <rfinger@lakewoodpiners.org>; Sandra <sandra@inzelbuchlaw.com>; Moshe Bender <mbender@lakewoodpiners.org>
**Subject:** RE: ADDITIONAL FUNDS NEEDED FROM DOE

So – if I understand what you are saying – u agree that

1. The district for sure needs $ 11,904,068.00



1

2. There is the real potential for $5,008,333.00 that district could be obligated, up to , to pay if NJDOE loses the appeal ( or SCHI wins the appeal ).

**From:** David Shafter <dshafter@lakewoodpiners.org>
**Sent:** Tuesday, July 2, 2019 3:39 PM
**To:** Michael Inzelbuch <michael@inzelbuchlaw.com>
**Cc:** Laura Winters <lwinters@lakewoodpiners.org>; Robert Finger <rfinger@lakewoodpiners.org>; Sandra <sandra@inzelbuchlaw.com>; Moshe Bender <mbender@lakewoodpiners.org>
**Subject:** Re: ADDITIONAL FUNDS NEEDED FROM DOE

I agree with the accuracy of the numbers in said document. The SCHI rebill/tuition appeal may not resolved during the 2019-2020 school year and even if was, it may still not be the full amount requested. I would recommend not requesting additional funds for this purpose until the actual amount is known.

On Tue, Jul 2, 2019 at 3:14 PM Michael Inzelbuch <michael@inzelbuchlaw.com> wrote:

Super and NJDOE Monitor –

Do u agree with this ?

As to numbers ?

Yes or no

As to it being included in the 2019-20 school year Budget ?

If not – why ?

If not – when ?

6

2

**From:** Robert Finger <rfinger@lakewoodpiners.org>
**Sent:** Tuesday, July 2, 2019 3:12 PM
**To:** David Shafter <dshafter@lakewoodpiners.org>; Laura Winters <lwinters@lakewoodpiners.org>; Michael Inzelbuch <michael@inzelbuchlaw.com>; Robert Finger <rfinger@lakewoodpiners.org>
**Subject:** ADDITIONAL FUNDS NEEDED FROM DOE

As per our discussion and review earlier this afternoon, attached is the agreed upon worksheet detailing needed additional funding from the DOE.

Robert S. Finger

Interim Business Administrator/Board Secretary

Lakewood Board of Education

200 Ramsey Avenue

Lakewood, NJ 08701

(732) 364-2400 x7011

rfinger@lakewoodpiners.org

--

David Shafter

**CONFIDENTIALITY NOTICE:** The information contained in this communication from the New Jersey Department of Education is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this email, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the me at (732) 364-2400 ext 7027 to arrange for the return of this information.



INTENTIONALLY
LEFT BLANK

## Michael Inzelbuch

**From:** Laura Winters <lwinters@lakewoodpiners.org>
**Sent:** Tuesday, July 2, 2019 3:59 PM
**To:** David Shafter
**Cc:** Michael Inzelbuch; Robert Finger
**Subject:** Re: FW: ADDITIONAL FUNDS NEEDED FROM DOE

This is exactly what we have been discussing for months!!!

I recommend, and I agree.

Respectfully,

Laura A. Winters
Superintendent of Schools
732-905-3633

*Work hard in Silence....And Let Success Make the Noise!*
*Never Decrease the Goal, Increase the Effort!*

*"It is easier to build strong children than it is to repair broken men."*
-Frederick Douglass

Success is the result of perfection, hard work, learning from failure, loyalty, and persistence. - Colin Powell

On Tue, Jul 2, 2019 at 3:52 PM David Shafter <dshafter@lakewoodpiners.org> wrote:
I agree

On Tue, Jul 2, 2019 at 3:50 PM Michael Inzelbuch <michael@inzelbuchlaw.com> wrote:



**From:** Michael Inzelbuch
**Sent:** Tuesday, July 2, 2019 3:42 PM
**To:** David Shafter <dshafter@lakewoodpiners.org>
**Cc:** Laura Winters <lwinters@lakewoodpiners.org>; Robert Finger <rfinger@lakewoodpiners.org>; Sandra <sandra@inzelbuchlaw.com>; Moshe Bender <mbender@lakewoodpiners.org>
**Subject:** RE: ADDITIONAL FUNDS NEEDED FROM DOE

So – if I understand what you are saying – u agree that

1. The district for sure needs $ 11,904,068.00

2. There is the real potential for $5,008,333.00 that district could be obligated, up to , to pay if NJDOE loses the appeal ( or SCHI wins the appeal )

**From:** David Shafter <dshafter@lakewoodpiners.org>
**Sent:** Tuesday, July 2, 2019 3:39 PM
**To:** Michael Inzelbuch <michael@inzelbuchlaw.com>
**Cc:** Laura Winters <lwinters@lakewoodpiners.org>; Robert Finger <rfinger@lakewoodpiners.org>; Sandra <sandra@inzelbuchlaw.com>; Moshe Bender <mbender@lakewoodpiners.org>
**Subject:** Re: ADDITIONAL FUNDS NEEDED FROM DOE

I agree with the accuracy of the numbers in said document. The SCHI rebill/tuition appeal may not resolved during the 2019-2020 school year and even if was, it may still not be the full amount requested. I would recommend not requesting additional funds for this purpose until the actual amount is known.

On Tue, Jul 2, 2019 at 3:14 PM Michael Inzelbuch <michael@inzelbuchlaw.com> wrote:

Super and NJDOE Monitor –

Do u agree with this ?



2

As to numbers ?

Yes or no

As to it being included in the 2019-20 school year Budget ?

If not – why ?

If not – when ?

**From:** Robert Finger <rfinger@lakewoodpiners.org>
**Sent:** Tuesday, July 2, 2019 3:12 PM
**To:** David Shafter <dshafter@lakewoodpiners.org>; Laura Winters <lwinters@lakewoodpiners.org>; Michael Inzelbuch <michael@inzelbuchlaw.com>; Robert Finger <rfinger@lakewoodpiners.org>
**Subject:** ADDITIONAL FUNDS NEEDED FROM DOE

As per our discussion and review earlier this afternoon, attached is the agreed upon worksheet detailing needed additional funding from the DOE.

Robert S. Finger

Interim Business Administrator/Board Secretary

Lakewood Board of Education

200 Ramsey Avenue

Lakewood, NJ 08701

(732) 364-2400 x7011

3

rfinger@lakewoodpiners.org

--

David Shafter

*CONFIDENTIALITY NOTICE*. The information contained in this communication from the New Jersey Department of Education is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this email, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the me at (732) 364-2400 ext 7027 to arrange for the return of this information.

---

David Shafter
State Monitor
*CONFIDENTIALITY NOTICE*. The information contained in this communication from the New Jersey Department of Education is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this email, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the me at (732) 364-2400 ext 7027 to arrange for the return of this information.

12

4