UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| Lakewood Board of Education,<br><br>　　　　Plaintiff,<br><br>v.<br><br>New Jersey Legislature,<br><br>Stephen M. Sweeney, in his official capacity as President of the New Jersey Senate,<br><br>Craig J. Coughlin, in his official capacity as Speaker of the New Jersey General Assembly,<br><br>New Jersey Department of Education,<br><br>Lamont O. Repollet, in his official capacity as Commissioner of the New Jersey Department of Education,<br><br>　　　　Defendants. | Case No. _____<br><br><br>**CERTIFICATION OF<br>LAURA A. WINTERS<br>ROBERT S. FINGER<br>MOSHE BENDER** |

I, **LAURA A. WINTERS**, AND I, **ROBERT S. FINGER**, AND I, **MOSHE BENDER**, and of full age, hereby certify and state:

　　　　1.　　　I, **LAURA A. WINTERS**, am currently employed as the Superintendent of Schools for the Lakewood Board of Education ("LBOE"). I am fully familiar with the facts contained herein and submit this certification based on my personal knowledge.

2.  I, **ROBERT S. FINGER**, am currently employed as the Interim Assistant Business Administrator for the Lakewood Board of Education ("LBOE"). I am fully familiar with the facts contained herein and submit this certification based on my personal knowledge.

3.  I, **MOSHE BENDER**, am the Board President for the Lakewood Board of Education. I am fully familiar with the facts contained herein and submit this certification based on my personal knowledge.

4.  We have read and reviewed the COMPLAINT to be filed in the United States District Court for the District of New Jersey, Trenton Vicinage, and agree that same contains, to the best of our knowledge, a true and accurate rendition of the facts herein.

5.  We have authorized and direct Board Counsel, Michael I. Inzelbuch, Esq., to file the aforementioned COMPLAINT.

I, LAURA A. WINTERS, Superintendent of Lakewood Township Public School District, certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Laura A. Winters*
Laura A. Winters, Superintendent

Dated: July 3, 2019

I, **ROBERT S. FINGER,** Interim Business Administrator/Board Secretary of Lakewood Township Public School District, certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 3, 2019

Robert S. Finger, Interim Business Administrator and Board Secretary

I, **MOSHE BENDER,** Board President of Lakewood Township Public School District, certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Moshe Bender, Board of Education President

Dated: July 3, 2019