# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| Lakewood Board of Education,<br><br>    Plaintiff,<br><br>v.<br><br>New Jersey Legislature,<br><br>Stephen M. Sweeney, in his official capacity as President of the New Jersey Senate,<br><br>Craig J. Coughlin, in his official capacity as Speaker of the New Jersey General Assembly,<br><br>New Jersey Department of Education,<br><br>Lamont O. Repollet, in his official capacity as Commissioner of the New Jersey Department of Education,<br><br>    Defendants. | Case No. _____<br><br><br>**CERTIFICATION IN SUPPORT OF VERIFIED COMPLAINT**<br>**20 U.S.C. § 1415(i)(2)** |

I, Michael I. Inzelbuch, Esq., of full age, certifies as follows:

1.)     I am a practicing attorney in the State of New Jersey and my office is located at 1340 West County Line Road, Lakewood, New Jersey.

2.) I agree that the July 3, 2019 submission is, to the best of my knowledge, true and accurate.

DATED: **July 3, 2019**

*Michael I. Inzelbuch, Esquire/s/*

_____
**Michael I. Inzelbuch, Esquire**
**ID No.: 5635**