| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

September 20, 2019

**Via CM/ECF**
The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: <u>Lakewood Board of Education v. New Jersey Legislature, et al.</u>
    Civil Action No. 3:19-cv-14690 (FLW/DEA)

Dear Judge Arpert:

  Please accept this letter as Plaintiff and Defendants', New Jersey Department of Education and New Jersey Commissioner of Education, Lamont O. Repollet, joint application for a 90-day extension of time for Defendants to answer, move, or otherwise respond to the Complaint filed in the above-referenced matter, pursuant to <u>L. Civ. R.</u> 6.1(a). The parties hope to come to a resolution of this matter.

  Plaintiff requested a waiver of service from Defendants New Jersey Department of Education and Commissioner of Education Lamont O. Repollet on July 9, 2019, and their time to respond to the Amended Complaint was extended for 14 days pursuant to <u>L. Civ. R.</u> 6.1(b), making Defendants' answer or other response due September 23, 2019.

  It is my understanding that the parties intend to discuss this matter further, and as stated previously, hope to come to a resolution. If this request is granted, the response date will be December 23, 2019.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3100 • FAX: (609) 943-5853
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

September 20, 2019<br>Page 2

Thank you in advance for the court's consideration of this request.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Jennifer V. Hoff
Jennifer V. Hoff
Deputy Attorney General

C:   Michael I. Inzelbuch, Esq. (via CM/ECF)