

| | *State of New Jersey* | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

November 27, 2019

**Via CM/ECF**
The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   Lakewood Board of Education v. New Jersey Legislature, et al.
        Civil Action No. 3:19-cv-14690 (FLW/DEA)

Dear Judge Arpert:

As Your Honor is aware, this office represents Defendants New Jersey Department of Education and New Jersey Commissioner of Education, Lamont O. Repollet ("DOE Defendants") in the above-referenced matter. As per this Court's October 3, 2019 Order, the parties jointly write to inform you that while we have corresponded, no resolution has been reached. As such, DOE Defendants anticipate filing a reply to Plaintiff's Complaint by December 23, 2019.

Should any questions or concerns arise, please do not hesitate to contact me directly.



November 27, 2019<br>Page 2

Thank you for your courtesies in this matter.

          Respectfully submitted,

          GURBIR S. GREWAL
          ATTORNEY GENERAL OF NEW JERSEY

By:   <u>/s/ Jennifer Hoff</u>
      Jennifer V. Hoff
      Deputy Attorney General

C:   Michael I. Inzelbuch, Esq. (via CM/ECF)