# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAKEWOOD BOARD OF EDUCATION, <br><br> Plaintiff, <br><br> vs. <br><br> NEW JERSEY LEGISLATURE, et al., <br><br> Defendants. | Civil Action No. 19-14690 <br><br><br><br><br> **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on the 3rd day of February, 2020, at nine o'clock in the forenoon, or as soon thereafter as counsel may be heard, Defendants New Jersey Department of Education and Lamont O. Repollet, through their undersigned counsel, shall move before the above-named Court for an Order dismissing Plaintiff's Complaint with Prejudice.

PLEASE TAKE FURTHER NOTICE that Defendants shall rely upon the annexed Brief and Certification of Counsel in support of said Motion. A proposed form of Order is submitted herewith.

/s/ Lauren A. Jensen
Lauren A. Jensen
Deputy Attorney General

Dated:  January 6, 2020