*ORDER*

### State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

February 4, 2020

**Via CM/ECF**

Hon. Douglas E. Arpert, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    <u>Lakewood Board of Education v. New Jersey Legislature, et al.</u>
              Civil Action No. 3:19-cv-14690 (FLW/DEA)

Dear Judge Arpert:

    Please accept this letter on behalf of Defendants New Jersey Department of Education and New Jersey Commissioner of Education Lamont O. Repollet (collectively "DOE Defendants") seeking clarification of the deadline for the DOE Defendants to file a reply brief in further support of their motion to dismiss in the above-referenced matter.

    The DOE Defendants' motion to dismiss was originally returnable February 3, 2020. Based on that return date, Plaintiff's opposition to the DOE Defendants' motion would have been due January 21, 2020, and the DOE Defendants' reply brief would have been due January 27, 2020. Plaintiff, however, filed its opposition to the DOE Defendants' motion on January 30, 2020. As the original January 27 deadline for a reply is clearly no longer applicable, I ask that the <u>deadline for the DOE Defendants to file a reply brief in further support of their motion to dismiss be set for February 20, 2020.</u> *granted*

    Thank you for your attention to this matter.

So Ordered this ___18th___ day of ___February___, 20_20_

_____
Douglas E. Arpert, U.S.M.J.



TELEPHONE: (609) 376-3100 · FAX: (609) 943-5853 · EMAIL: Lauren.Jensen@law.njoag.gov
*New Jersey Is An Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*